WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
Email: kmburke@littler.com

Attorneys for Defendants
AMERICAN HOMES FOR RENT MANAGEMENT, LLC and
AH4R MAINTENANCE, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LYDIA FORD,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN HOMES FOR RENT MANAGEMENT, LLC., AH4R MAINTENANCE, LLC., and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-01925-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff LYDIA FORD ("Plaintiff") and Defendants AMERICAN HOMES FOR RENT MANAGEMENT, LLC and AH4R MAINTENANCE, LLC ("Defendants"), by and through their respective counsel of record, hereby request that the Court extend the deadline for Defendant to file its first responsive pleading, which is currently set for December 10, 2018, for a period of 3 weeks, up to and including December 31, 2018.

Defense counsel has been recently retained and needs sufficient time to prepare the responsive pleading given the upcoming holidays and scheduling conflicts. This is the first

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

stipulation for an extension of time to file the responsive pleading. This request is made in good faith and not to cause unnecessary delay.

Dated: December 6, 2018.

Respectfully submitted,

*/s/ Theresa M. Santos, Esq.*
DANIEL R. WATKINS
THERESA M. SANTOS
WATKINS & LETOFSKY, LLP

Attorneys for Plaintiff
LYDIA FORD

Dated: December 6, 2018.

Respectfully submitted,

*/s/ Kaitlyn M. Burke, Esq.*
WENDY MEDURA KRINCEK, ESQ.
KAITLYN M. BURKE, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
AMERICAN HOMES FOR RENT MANAGEMENT, LLC and AH4R MAINTENANCE, LLC

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 13, 2018

FIRMWIDE:160892716.1 074188.1027

2.